UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GOULD ELECTRONICS INC.,

    Plaintiff,   Case No. 17-11130

vs.   HON. MARK A. GOLDSMITH

LIVINGSON COUNTY ROAD COMMISSION,

    Defendant.
_____/

### ORDER REGARDING PLAINTIFF'S MOTION TO ENFORCE JUDGMENT
### (Dkt. 308)

The Court has reviewed Plaintiff Gould Electronics Inc.'s motion to enforce the judgment and for an order requiring separate invoicing of expenses (Dkt. 308). The Court directs the parties to file a joint statement summarizing their respective positions on the issues on which they continue to disagree. The joint statement must set out each issue followed by each party's position on that issue. The party's position must include its arguments and authorities. A party may use no more than one page per issue. The parties must file their joint statement by May 19, 2023.

The Court will hold a hearing on Gould's motion over Zoom on May 30, 2023 at 3:30 p.m., which will be noticed separately.

    SO ORDERED.

Dated: May 5, 2023           s/Mark A. Goldsmith
Detroit, Michigan           MARK A. GOLDSMITH
                            United States District Judge